■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NATHANIEL GRAYTON, Appellant. [801 NYS2d 757]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Demarest, J.), rendered February 6, 2003, convicting him of murder in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, his constitutional right to be present at a material stage of the trial was not violated (*see People v Morales*, 80 NY2d 450, 455-457 [1992]; *People v Babb*, 226 AD2d 469, 470 [1996]; *People v Chicas*, 204 AD2d 476, 476-477 [1994]).

The Supreme Court properly admitted into evidence photographs depicting the shirt worn by the murder victim (*see People v Pobliner*, 32 NY2d 356, 369-370 [1973], *cert denied* 416 US 905 [1974]; *People v Collic*, 285 AD2d 514, 515 [2001]; *People v DeBerry*, 234 AD2d 470, 470-471 [1996]).

The defendant's remaining contentions are either unpreserved for appellate review, without merit, or do not warrant reversal. Santucci, J.P., Luciano, Rivera and Fisher, JJ., concur.